UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTY STEINBERG,
as court-appointed Receiver for
LANCER MANAGEMENT GROUP LLC,
LANCER MANAGEMENT GROUP II LLC,
LANCER OFFSHORE INC.,
OMNIFUND LTD., LSPV INC., LSPV LLC,
ALPHA OMEGA GROUP INC., and
G.H. ASSOCIATES LLC,

CIV-ZLOCH

MAGISTRATE JUDGE
SNOW

**04 - 60896**

Case No.: _____

Proceeding Ancillary to
Case No. 03-80612-CIV-ZLOCH

Plaintiff,

vs.

AETNA; AMERICAN EXPRESS; AMERICAN
EXPRESS TAX & BUSINESS SERVICES;
CEC INC.; EXECUTIVE JET; GSB INC.;
PRUDENTIAL INSURANCE COMPANY;
TRAVELERS COMMERCIAL LINES; and
VERIZON A/K/A VERIZON WIRELESS,

**NIGHT BOX
FILED**

JUL - 9 2004

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

Defendants

/

## COMPLAINT

Plaintiff Marty Steinberg, (the "Receiver") court-appointed Receiver for Lancer

Management Group LLC, Lancer Management Group II LLC, Lancer Offshore Inc., Omnifund

Ltd., LSPV Inc., LSPV LLC, Alpha Omega Group Inc., and G.H. Associates LLC[1], through

undersigned counsel, hereby sues Defendants: AETNA; AMERICAN EXPRESS; AMERICAN

EXPRESS TAX & BUSINESS SERVICES; CEC INC.; EXECUTIVE JET; GSB INC.; PRUDENTIAL

INSURANCE COMPANY; TRAVELERS COMMERCIAL LINES; and VERIZON A/K/A VERIZON

WIRELESS (collectively the "Defendants" and each individually a "Defendant"), and alleges as

follows:

---

[1] Lancer Management Group LLC, Lancer Management Group II LLC, Lancer Offshore Inc., Omnifund Ltd., LSPV Inc., LSPV LLC, Alpha Omega Group Inc., and G.H. Associates LLC are referred to collectively as the "Receivership Entities".

Case No..
Proceeding Ancillary to
Case No. 03-80612-CIV-ZLOCH

## JURISDICTION, VENUE AND PARTIES

1.      This Court has subject matter jurisdiction over this Complaint pursuant to 28 U.S.C. §§ 754, 1367, and 1692 and pursuant to the doctrines of pendant and ancillary jurisdiction.

2.      This Court has personal jurisdiction over the Defendants pursuant to 28 U.S.C. §§ 754 and 1692.

3.      On July 8, 2003, the Securities and Exchange Commission filed in this Court a Complaint for Injunctive and Other Relief against Michael Lauer, Lancer Management Group LLC, Lancer Management Group II LLC, Lancer Offshore Inc., Lancer Partners L.P., Omnifund Ltd., LSPV Inc., and LSPV LLC, initiating Case No. 03-80612-CIV-ZLOCH (the "Receivership Case").

4.      On July 10, 2003, this Court entered an Order Appointing Receiver (the "Receivership Order") in the Receivership Case, which, among other things, placed Lancer Management Group LLC, Lancer Management Group II LLC, Lancer Offshore Inc., Omnifund Ltd., LSPV Inc., and LSPV LLC under the auspices of the Receiver.

5.      Paragraph 1 of the Receivership Order directs the Receiver to "[t]ake immediate possession of all property, assets and estates of every kind of [the Receivership Entities] ... including, but not limited to ... stocks, bonds, debentures and other securities ... and to administer such assets pending further order of this Court ... "

6.      Paragraph 2 of the Receivership Order directs the Receiver to:

> Investigate the manner in which the affairs of Lancer, Lancer II, Offshore, Omnifund, Offshore LSPV, and Partners LSPV were conducted and institute such actions and legal proceedings, for their benefit and on their behalf, and on behalf of the Funds' investors and other creditors, as the Receiver deems necessary ... against any transfers of monies or other proceeds directly or

2

Case No.: _____
Proceeding Ancillary to
Case No. 03-80612-CIV-ZLOCH

indirectly traceable from investors in the Funds; provided such actions may include … recovery and avoidance of fraudulent transfers under Florida Statute § 726.101, et seq. or other state law…

7.     On September 3, 2003, the Court entered an Order expanding the terms of the Receivership Order to include Alpha Omega Group Inc. and G.H. Associates LLC.

8.     This Complaint is ancillary to Case No. 03-80612-CIV-ZLOCH pursuant to Article IX of the Court's Case Management Order dated January 8, 2004 in Case No. 03-806120-CIV-ZLOCH.

9.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 754 and 1692 and pursuant to Article IX of the Court's Case Management Order dated January 8, 2004 in Case No. 03-806120-CIV-ZLOCH.

10.     The Plaintiff and the Receivership Entities have their principal place of business at 1111 Brickell Avenue, Suite 2500, Miami, Florida.

11.     At all times relevant to this Complaint, the Defendants had their principal places of business at the addresses indicated for each Defendant on the attached Exhibit "A", which is incorporated herein by reference.

## BACKGROUND FACTS

### I.    THE RECEIVERSHIP ENTITIES

12.     Michael Lauer ("Lauer") was the founder, sole manager, and principal owner of the Management Companies and Funds.

13.     In 1993, Lauer formed a New York limited partnership which he eventually named Lancer Partners, L.P. under the laws of the State of New York.

14.     In November, 1997, Lauer formed Lancer Partners L.P. as a limited partnership under the laws of the State of Connecticut and he merged the two partnerships.

15.     Lancer Management Group II ("LMG II") managed Partners and is its general partner.

16.     Lancer Offshore Inc. ("Offshore") is a British Virgin Islands ("BVI") international business company incorporated in September 1995.

17.     Lancer Management Group LLC ("LMG") managed Offshore.

18.     Omnifund Ltd. ("Omnifund") is a BVI international business company originally incorporated in January 1999 as The Orbiter Fund, Ltd. ("Orbiter").

19.     Omnifund is the successor to the March 2002 merger of Orbiter and The Viator Fund, Ltd. ("Viator")[2], another BVI international business company incorporated in September, 1999.

20.     LMG was also Omnifund's investment manager.

21.     Upon information and belief, Alpha Omega Group, Inc. is a corporation incorporated under New York law in 1999.

22.     Upon information and belief, G.H. Associates LLC, is a limited liability company organized under new York law in 1997.

## II.     LAUER'S FRAUDULENT CONDUCT

23.     At all times relevant to this Complaint, Lauer inflated the stated net asset value of the Funds' portfolio holdings by engaging in manipulative trading of certain of the portfolio holdings on the public markets and by assigning bogus valuations to certain of the portfolio holdings not traded on the public markets.

---

[2] Partners, Offshore, and Omnifund are referred to collectively as the "Funds".

4

24.     These inflated net asset values in turn inflated the fees payable to Lauer, induced new investors to deposit additional funds into the Funds, and induced existing investors to maintain their investments in Partners.

25.     At all times relevant to this Complaint, Lauer lost money on many of the investments he chose for the Funds.

26.     At all times relevant to this Complaint, Lauer operated the Receivership Entities as a Ponzi scheme by satisfying redemption requests made by investors with deposits made by subsequent investors rather than with profits from trading activities.

27.     At all times relevant to this complaint, Lauer caused the Receivership Entities to pay "referral fees" to certain individuals in exchange for bringing in additional investors lured by the artificially inflated net asset value of Partners' holdings.

## III.    THE TRANSFERS AT ISSUE

28.     Lauer caused certain of the Receivership Entities to make transfers to each of the Defendants as detailed on the attached Exhibit "B", which is incorporated herein by reference.

29.     Those Defendants identified on Exhibit "B" as "John Doe" received the transfers from one or more of the Receivership Entities as set forth in Exhibit "B" but the Plaintiff lacks sufficient information to identify the recipient of the transfers.   The Plaintiff will amend the Complaint to further identify the John Doe Defendants when such information becomes available.

30.     Upon information and belief, some of the funds transferred to each of the Defendants may have been dissipated.

31.     Upon information and belief, as of the time of the filing of this action, additional property transferred to each of the Defendants may still be in his/her possession or control.

32.     Accordingly, the Receiver hereby sues each of the Defendants to recover the transfers identified in Exhibit "B" and all other transfers by any of the Receivership Entities to each of the Defendants (collectively, the "Transfers").

**COUNT I**
**ACTUAL FRAUDULENT TRANSFER**
**Fla. Stat. §§ 726.105(1)(a) and 726.108**

33.     The Receiver incorporates by reference those allegations set forth in Paragraphs 1 through 32 above.

34.     The Receivership Entities identified in Column 1 of Exhibit B made the Transfers identified in Column 3 to or for the benefit of the Defendant identified in Column 4 on the dates specified in Column 2 of the attached Exhibit B.

35.     Lauer caused the specified Receivership Entities to make each of the specified Transfers to the respective Defendants with the actual intent to hinder, delay, and defraud the creditors of the specified Receivership Entities.

**WHEREFORE**, the Receiver demands judgment against each Defendant, in the total amount of all Transfers received by such Defendant, including those detailed in the attached and incorporated Exhibit "B", together with prejudgment interest from the date of each of the Transfers, costs, all the relief set forth in Fla. Stat. § 726.108 and any further relief that this Court deems just, fair, and equitable.

**COUNT II**
**CONSTRUCTIVE FRAUDULENT TRANSFER**
**Fla. Stat. §§ 726.105(1)(b) and 726.108**

36.     The Receiver incorporates by reference those allegations set forth in Paragraphs 1 through 35 above.

37.     The Receivership Entities identified in Column 1 of Exhibit B made the Transfers identified in Column 3 to or for the benefit of the Defendant identified in Column 4 on the dates specified in Column 2 of the attached Exhibit B.

38.     The Receivership Entities did not receive reasonably equivalent value in exchange for the Transfers made to the Defendants.

39.     The Receivership Entities were insolvent at the time each of the Transfers was made.

40.     The net assets of each of the Receivership Entities were unreasonably small in relation to each of the Transfers.

41.     At the time the Transfers were made to or for the benefit of the Defendant, Lauer knew that the Receivership Entities were insolvent, and that the Receivership Entities would not be able to satisfy their respective liabilities as they came due

42.     At the time each of the Transfers was made to or for the benefit of the Defendant, the Receivership Entities were engaged in, or were about to engage in, a business or a transaction for which the remaining assets of the Receivership Entities were unreasonably small in relation to the business or transaction.

43.     At the time the Transfers were made to or for the benefit of the Defendants, Lauer knowingly caused the Receivership Entities to incur, or reasonably should have known that they would incur, debts beyond their respective ability to pay as they came due.

**WHEREFORE**, the Receiver demands judgment against each Defendant, in the total amount of all Transfers received by such Defendant, including those detailed in the attached and incorporated Exhibit "B", together with prejudgment interest from the date of each of the

Transfers, costs, all the relief set forth in Fla. Stat. § 726.108 and any further relief that this Court deems just, fair, and equitable.

## COUNT III
## CONSTRUCTIVE FRAUDULENT TRANSFER
### Fla. Stat. §§ 726.106(1) and 726.108

44.     The Receiver incorporates by reference those allegations set forth in Paragraphs 1 through 43 above.

45.     The Receivership Entities identified in Column 1 of Exhibit B made the Transfers identified in Column 3 to or for the benefit of the Defendant identified in Column 4 on the dates specified in Column 2 of the attached Exhibit B.

46.     The Receivership Entities did not receive reasonably equivalent value in exchange for the Transfers made to the Defendant.

47.     Each of the Receivership Entities was insolvent at the time each of the Transfers were made, or became insolvent as a result of each of the Transfers.

**WHEREFORE**, the Receiver demands judgment against each Defendant, in the total amount of all Transfers received by such Defendant, including those detailed in the attached and incorporated Exhibit "B", together with prejudgment interest from the date of each of the Transfers, costs, all the relief set forth in Fla. Stat. § 726.108 and any further relief that this Court deems just, fair, and equitable.

## COUNT IV
## UNJUST ENRICHMENT

48.     The Receiver incorporates by reference those allegations set forth in Paragraphs 1 through 47 above.

49.     Each Defendant has been unjustly enriched at the expense of each of the Receivership Entities, by receiving any of the Transfers.

Case No.: _____
Proceeding Ancillary to
Case No. 03-80612-CIV-ZLOCH

50.   It would be inequitable to permit each Defendant to retain the benefit of the Transfers it received, because all of the Transfers consisted of investors' misappropriated contributions to the Receivership Entities.

51.   Additionally, it would be inequitable to permit the Defendant to retain the benefit of the Transfers it received, because none of the Receivership Entities received reasonably equivalent value in exchange for the Transfers.

52.   The Defendant is not entitled to retain the Transfers it received because the Transfers were obtained from the Receivership Entities as a result of Lauer's misconduct.

53.   It would be inequitable to permit the Defendant to retain the benefit of the Transfers it received at the expense of the Receivership Entities and investors and creditors of the Receivership Entities

**WHEREFORE**, the Receiver demands judgment against each Defendant, in the total amount of all Transfers received by each Defendant, including those detailed in the attached and incorporated Exhibit "B", together with prejudgment interest from the date of each of the Transfers, costs, and any further relief that this Court deems just, fair, and equitable.

Dated: July _9_, 2004

**COLSON HICKS EIDSON, P.A.**
*Attorneys for the Receiver*
255 Aragon Avenue
2nd Floor
Miami, Florida 33134
Telephone: (305) 476-7420
Telecopier: (305) 476-7422

By: _____
      Joseph Matthews (FBN 38996   )
      Roberto Martinez (FBN _____)

9

**EXHIBIT "A"**

AETNA INSURANCE
Mailstop F075
One Farr View
Cranbury, NJ 08512

AMERICAN EXPRESS
P. O. Box 297812
Ft. Lauderdale. FL 33329-7812

CEC INC.
Joseph R. Hubert
P.O. Box 1002
South Glens Falls, NY  12803.

EXECUTIVE JET
Executive Jet Corporate Center
(ebizjets.com, Inc.)
72 Sharp Street,
Hingham, MA 02043

GSB INC.
ADDRESS UNKNOWN

PRUDENTIAL INSURANCE
COMPANY
751 Broad Street
Newark, NJ 07102-3777

TRAVELERS COMMERCIAL LINES
Select Business Marketing
Commercial Lines
215 Shuman Boulevard. Suite 305
Naperville. IL 60563-8458

VERIZON A/K/A VERIZON
WIRELESS
 2000 Corporate Drive
Orangeburg, NY 10962-2624

AMERICAN EXPRESS TAX &
BUSINESS SERVICES
1185 Avenue of the Americas. 5th Floor
New York. NY 10036-2602



## Index To Exhibit B

| | Transferee | Amount | Page |
|---|---|---|---|
| 1 | AETNA | $ 13,860.00 | 1 |
| 2 | American Express | $ 1,021,417.99 | 1-4 |
| 3 | American Express Tax & Business Services | $ 110,375.00 | 4 |
| 4 | CEC Inc. | $ 64,330.00 | 4-5 |
| 5 | Executive Jet | $ 100,000.00 | 5 |
| 6 | GSB Inc. | $ 83,180.00 | 5-6 |
| 7 | Prudential Insurance Company | $ 718,485.00 | 6 |
| 8 | Travelers Commercial Lines | $ 36,882.10 | 6 |
| 9 | Verizon/Verizon Wireless | $ 29,088.22 | 6-10 |



EXHIBIT

B

Exhibit B

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| LMG II | 07/19/98 | 6,930.00 | AETNA | |
| LMG II | 08/31/00 | 6,930.00 | AETNA | |
| | | 13,860.00 | AETNA | |
| LMG II | 01/14/98 | 16,407.58 | AMERICAN EXPRESS | |
| LMG | 02/25/98 | 55.00 | AMERICAN EXPRESS | |
| LMG | 03/30/98 | 405.71 | AMERICAN EXPRESS | |
| LMG | 04/15/98 | 1,809.28 | AMERICAN EXPRESS | |
| LMG | 05/17/98 | 1,723.50 | AMERICAN EXPRESS | |
| LMG II | 06/15/98 | 608.95 | AMERICAN EXPRESS | |
| LMG | 07/13/98 | 193.01 | AMERICAN EXPRESS | |
| LMG | 08/10/98 | 758.63 | AMERICAN EXPRESS | |
| LMG II | 09/15/98 | 1,953.76 | AMERICAN EXPRESS | |
| LMG | 10/16/98 | 578.65 | AMERICAN EXPRESS | |
| LMG II | 11/25/98 | 11,984.96 | AMERICAN EXPRESS | |
| LMG II | 12/16/98 | 4,920.81 | AMERICAN EXPRESS | |
| LMG | 02/20/99 | 2,625.35 | AMERICAN EXPRESS | |
| LMG | 04/16/99 | 2,146.62 | AMERICAN EXPRESS | |
| LMG | 05/17/99 | 2,596.00 | AMERICAN EXPRESS | |
| LMG | 07/09/99 | 3,697.78 | AMERICAN EXPRESS | |
| LMG | 07/19/99 | 10,063.24 | AMERICAN EXPRESS | |
| LMG | 08/20/99 | 3,012.35 | AMERICAN EXPRESS | |
| LMG | 09/10/99 | 9,333.33 | AMERICAN EXPRESS | |
| LMG | 11/15/99 | 9,655.32 | AMERICAN EXPRESS | |
| LMG | 12/14/99 | 9,232.17 | AMERICAN EXPRESS | |
| LMG | 01/20/00 | 3,770.54 | AMERICAN EXPRESS | |
| LMG | 02/14/00 | 1,475.42 | AMERICAN EXPRESS | |
| LMG | 03/13/00 | 1,519.48 | AMERICAN EXPRESS | |
| LMG | 04/25/00 | 3,688.34 | AMERICAN EXPRESS | |
| LMG | 05/12/00 | 15,374.43 | AMERICAN EXPRESS | |
| LMG | 06/13/00 | 1,281.63 | AMERICAN EXPRESS | |
| LMG II | 07/13/00 | 1,709.17 | AMERICAN EXPRESS | |
| LMG | 08/20/00 | 7,136.41 | AMERICAN EXPRESS | |
| LMG | 09/13/00 | 3,041.81 | AMERICAN EXPRESS | |
| LMG II | 10/18/00 | 3,519.16 | AMERICAN EXPRESS | |
| LMG | 11/14/00 | 2,337.98 | AMERICAN EXPRESS | |
| LMG | 01/09/01 | 21,000.00 | AMERICAN EXPRESS | |
| LMG | 02/14/01 | 9,957.67 | AMERICAN EXPRESS | |
| LMG | 03/13/01 | 8,060.80 | AMERICAN EXPRESS | |
| LMG | 04/18/01 | 7,906.03 | AMERICAN EXPRESS | |
| LMG | 05/14/01 | 5,473.77 | AMERICAN EXPRESS | |
| LMG | 06/14/01 | 6,729.97 | AMERICAN EXPRESS | |

1 of 10

Exhibit B

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| LMG | 07/16/01 | 4,862.04 | AMERICAN EXPRESS | |
| LMG II | 08/15/01 | 5,186.97 | AMERICAN EXPRESS | |
| LMG | 09/20/01 | 8,113.47 | AMERICAN EXPRESS | |
| LMG | 10/20/01 | 8,881.75 | AMERICAN EXPRESS | |
| LMG II | 11/13/01 | 9,144.63 | AMERICAN EXPRESS | |
| LMG | 12/11/01 | 10,310.24 | AMERICAN EXPRESS | |
| LMG | 01/14/02 | 13,037.60 | AMERICAN EXPRESS | |
| LMG | 02/13/02 | 12,431.42 | AMERICAN EXPRESS | |
| LMG | 03/25/02 | 10,129.03 | AMERICAN EXPRESS | |
| LMG | 04/19/02 | 5,330.37 | AMERICAN EXPRESS | |
| LMG | 04/25/02 | 1,121.22 | AMERICAN EXPRESS | |
| LMG | 05/14/02 | 7,777.62 | AMERICAN EXPRESS | |
| LMG | 06/15/02 | 14,931.89 | AMERICAN EXPRESS | |
| LMG | 07/12/02 | 4,934.44 | AMERICAN EXPRESS | |
| LMG | 08/15/02 | 9,744.02 | AMERICAN EXPRESS | |
| LMG | 10/29/02 | 17,137.73 | AMERICAN EXPRESS | |
| LMG | 11/07/02 | 262.81 | AMERICAN EXPRESS | |
| LMG | 11/14/02 | 3,396.84 | AMERICAN EXPRESS | |
| LMG | 01/06/03 | 6,000.00 | AMERICAN EXPRESS | |
| LMG | 01/06/03 | 3,010.23 | AMERICAN EXPRESS | |
| LMG | 01/21/03 | 707.28 | AMERICAN EXPRESS | |
| LMG | 02/03/03 | 89.69 | AMERICAN EXPRESS | |
| LMG | 03/12/03 | 3,145.92 | AMERICAN EXPRESS | |
| LMG | 04/10/03 | 1,063.39 | AMERICAN EXPRESS | |
| LMG | 05/15/03 | 1,317.89 | AMERICAN EXPRESS | |
| LMG | 06/09/03 | 4,379.37 | AMERICAN EXPRESS | |
| GH Associates | 02/24/1998 | 3,112.33 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 03/27/1998 | 9,971.52 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 05/04/1998 | 2,247.67 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 05/18/1998 | 5,824.20 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 06/15/1998 | 1,622.07 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 07/09/1998 | 9,952.28 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 08/06/1998 | 4,217.87 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 08/25/1998 | 270.00 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 09/21/1998 | 6,655.29 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 10/19/1998 | 2,750.35 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 11/06/1998 | 2,724.54 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 12/17/1998 | 4,238.65 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 01/15/1999 | 6,717.93 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 02/08/1999 | 4,006.51 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 03/18/1999 | 4,151.36 | AMERICAN EXPRESS | Credit Card |

Exhibit B

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| GH Associates | 04/19/1999 | 3,761.72 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 06/11/1999 | 7,107.17 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 07/12/1999 | 9,165.31 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 08/09/1999 | 20,976.28 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 09/24/1999 | 6,711.20 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 10/11/1999 | 10,478.21 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 11/09/1999 | 6,385.47 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 12/14/1999 | 10,694.21 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 01/18/2000 | 16,433.22 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 02/14/2000 | 6,875.45 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 03/09/2000 | 9,279.17 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 04/14/2000 | 7,343.15 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 05/22/2000 | 4,255.19 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 06/12/2000 | 8,194.60 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 07/11/2000 | 12,929.34 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 08/16/2000 | 16,978.14 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 09/12/2000 | 9,429.24 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 10/25/2000 | 10,154.97 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 11/13/2000 | 5,796.35 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 12/10/2000 | 5,828.52 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 01/16/2001 | 15,659.47 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 02/16/2001 | 10,163.81 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 03/14/2001 | 4,822.50 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 04/20/2001 | 6,224.00 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 05/14/2001 | 19,807.03 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 06/06/2001 | 9,342.98 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 07/19/2001 | 25,892.86 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 08/07/2001 | 28,731.62 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 09/17/2001 | 8,390.47 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 11/01/2001 | 5,471.31 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 11/07/2001 | 4,189.25 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 12/12/2001 | 9,357.31 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 01/22/2002 | 27,057.21 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 02/13/2002 | 12,311.35 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 03/15/2002 | 9,891.26 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 04/09/2002 | 10,243.83 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 05/10/2002 | 21,615.96 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 06/12/2002 | 22,040.52 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 07/11/2002 | 10,548.41 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 08/15/2002 | 10,789.61 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 09/16/2002 | 7,477.81 | AMERICAN EXPRESS | Credit Card |

3 of 10

Exhibit B

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| GH Associates | 11/12/2002 | 8,848.37 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 12/11/2002 | 13,930.97 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 12/31/2002 | 6,119.46 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 02/05/2003 | 10,280.15 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 03/17/2003 | 25,000.00 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 04/10/2003 | 22,247.27 | AMERICAN EXPRESS | Credit Card |
| GH Associates | 04/28/2003 | 6,857.41 | AMERICAN EXPRESS | Credit Card |
| | | **995,468.25** | **AMERICAN EXPRESS** | |
| LMG | 03/15/02 | 4,861.24 | AMERICAN EXPRESS ELEC REMIT - TARIQ NASIM | Credit Card |
| LMG | 03/17/02 | 1,948.15 | AMERICAN EXPRESS ELEC REMIT - TARIQ NASIM | Credit Card |
| LMG | 03/18/02 | 5,788.35 | AMERICAN EXPRESS ELEC REMIT - TARIQ NASIM | Credit Card |
| LMG | 03/25/02 | 13,322.00 | AMERICAN EXPRESS ELEC REMIT - TARIQ NASIM | Credit Card |
| | | **25,929.74** | **AMERICAN EXPRESS ELEC REMIT - TARIQ NASIM** | |
| LMG II | 10/15/98 | 28,000.00 | AMERICAN EXPRESS TAX & BUSINESS SERVICES | |
| LMG II | 03/07/00 | 9,000.00 | AMERICAN EXPRESS TAX & BUSINESS SERVICES | |
| LMG II | 04/13/00 | 19,000.00 | AMERICAN EXPRESS TAX & BUSINESS SERVICES | |
| LMG II | 07/07/00 | 4,875.00 | AMERICAN EXPRESS TAX & BUSINESS SERVICES | |
| LMG II | 05/02/01 | 25,000.00 | AMERICAN EXPRESS TAX & BUSINESS SERVICES | |
| LMG II | 06/15/01 | 12,000.00 | AMERICAN EXPRESS TAX & BUSINESS SERVICES | |
| LMG II | 08/15/01 | 2,500.00 | AMERICAN EXPRESS TAX & BUSINESS SERVICES | |
| LMG II | 04/09/02 | 10,000.00 | AMERICAN EXPRESS TAX & BUSINESS SERVICES | |
| | | **110,375.00** | **AMERICAN EXPRESS TAX & BUSINESS SERVICES** | |
| LMG II | 10/18/00 | 4,400.00 | CEC INC. | (TICKETS) |
| LMG | 10/18/00 | 4,400.00 | CEC INC. | (TICKETS) |
| LMG | 11/01/00 | 2,850.00 | CEC INC. | (TICKETS) |
| LMG | 11/27/00 | 2,100.00 | CEC INC. | (TICKETS) |
| LMG | 12/05/00 | 3,200.00 | CEC INC. | (TICKETS) |
| LMG | 01/03/01 | 3,250.00 | CEC INC. | (TICKETS) |
| LMG II | 01/05/01 | 3,600.00 | CEC INC. | (TICKETS) |
| LMG | 02/09/01 | 2,050.00 | CEC INC. | (TICKETS) |
| LMG II | 04/01/01 | 1,300.00 | CEC INC. | (TICKETS) |
| LMG | 04/05/01 | 1,700.00 | CEC INC. | (TICKETS) |
| LMG | 05/05/01 | 900.00 | CEC INC. | (TICKETS) |
| LMG II | 05/15/01 | 900.00 | CEC INC. | (TICKETS) |
| LMG | 05/29/01 | 2,340.00 | CEC INC. | (TICKETS) |
| LMG | 06/01/01 | 1,900.00 | CEC INC. | (TICKETS) |
| LMG II | 06/01/01 | 1,000.00 | CEC INC. | (TICKETS) |
| LMG II | 08/15/01 | 640.00 | CEC INC. | (TICKETS) |
| LMG II | 08/16/01 | 900.00 | CEC INC. | (TICKETS) |
| LMG | 08/23/01 | 1,600.00 | CEC INC. | (TICKETS) |
| LMG II | 08/23/01 | 1,600.00 | CEC INC. | (TICKETS) |

Exhibit B

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| LMG | 11/26/01 | 1,300.00 | CEC INC. | (TICKETS) |
| LMG II | 11/26/01 | 1,000.00 | CEC INC. | (TICKETS) |
| LMG | 12/03/01 | 400.00 | CEC INC. | (TICKETS) |
| GH Associates | 10/30/2000 | 2,500.00 | CEC Inc | Meals & Entertainment |
| GH Associates | 12/01/2000 | 1,800.00 | CEC Inc | Meals & Entertainment |
| GH Associates | 12/01/2000 | 2,300.00 | CEC Inc | Meals & Entertainment |
| GH Associates | 01/09/2001 | 3,150.00 | CEC Inc | Meals & Entertainment |
| GH Associates | 04/02/2001 | 2,800.00 | CEC Inc | Meals & Entertainment |
| GH Associates | 05/15/2001 | 1,200.00 | CEC Inc | Meals & Entertainment |
| GH Associates | 06/02/2001 | 3,100.00 | CEC Inc | Meals & Entertainment |
| GH Associates | 06/04/2001 | 1,500.00 | CEC Inc | Meals & Entertainment |
| GH Associates | 06/13/2001 | 1,900.00 | CEC Inc | Meals & Entertainment |
| GH Associates | 08/20/2001 | 950.00 | CEC Inc | Meals & Entertainment |
| | | **64,330.00** | **CEC INC.** | (TICKETS) |
| LMG II | 01/24/00 | 100,000.00 | EXECUTIVE JET | (TRAVEL EXPENSES) |
| | | 100,000.00 | EXECUTIVE JET | (TRAVEL EXPENSES) |
| LMG | 01/20/00 | 7,500.00 | GSB INC. | |
| LMG II | 01/25/00 | 4,500.00 | GSB INC. | |
| LMG | 01/31/00 | 4,800.00 | GSB INC. | |
| LMG | 02/18/00 | 3,470.00 | GSB INC. | |
| LMG | 04/18/00 | 6,000.00 | GSB INC. | |
| LMG | 04/25/00 | 6,000.00 | GSB INC. | |
| LMG II | 05/20/00 | 2,720.00 | GSB INC. | |
| LMG | 05/29/00 | 2,100.00 | GSB INC. | |
| LMG | 08/15/00 | 1,440.00 | GSB INC. | |
| LMG | 08/31/00 | 1,000.00 | GSB INC. | |
| LMG II | 09/13/00 | 1,000.00 | GSB INC. | |
| LMG | 09/17/00 | 1,400.00 | GSB INC. | |
| LMG | 10/11/01 | 3,800.00 | GSB INC. | |
| LMG | 10/27/01 | 950.00 | GSB INC. | |
| LMG II | 10/29/01 | 950.00 | GSB Inc. | |
| GH Associates | 10/27/1999 | 6,000.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 02/03/2000 | 3,950.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 02/03/2000 | 4,550.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 02/15/2000 | 700.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 03/01/2000 | 1,400.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 03/09/2000 | 1,310.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 04/14/2000 | 4,950.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 06/16/2000 | 490.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 08/14/2000 | 2,500.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 08/29/2000 | 1,580.00 | GSB Inc. | Meals & Entertainment |

5 of 10

**Exhibit B**

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| GH Associates | 09/01/2000 | 3,190.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 09/12/2000 | 1,050.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 10/17/2001 | 3,100.00 | GSB Inc. | Meals & Entertainment |
| GH Associates | 10/31/2001 | 800.00 | GSB Inc. | Meals & Entertainment |
| | | **83,160.00** | **GSB INC.** | |
| GH Associates | 04/07/2000 | 239,495.00 | Prudential Insurance Co | Life Insurance |
| GH Associates | 03/16/2001 | 239,495.00 | Prudential Insurance Co | Life Insurance |
| GH Associates | 04/20/2002 | 239,495.00 | Prudential Insurance Co | Life Insurance |
| | | **718,485.00** | **Prudential Insurance Co** | |
| GH Associates | 11/01/1998 | 1,531.97 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 02/10/1999 | 20.00 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 10/14/1999 | 1,590.21 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 03/14/2000 | 4,863.00 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 10/10/2000 | 1,634.36 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 02/12/2001 | 3,344.00 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 04/23/2001 | 2,222.00 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 05/05/2001 | 3,685.00 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 07/12/2001 | 1,609.00 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 10/10/2001 | 8,925.56 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 12/17/2001 | 3,652.00 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 12/31/2001 | 2,282.00 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 03/11/2002 | 71.20 | The Travelers commercial lines | Employee Benefits |
| GH Associates | 04/12/2002 | 1,551.80 | The Travelers commercial lines | Employee Benefits |
| | | **36,882.10** | **The Travelers commercial lines** | |
| LMG II | 07/13/00 | 79.45 | VERIZON WIRELESS | |
| LMG | 09/15/00 | 133.50 | VERIZON | |
| LMG | 09/16/00 | 521.71 | VERIZON | |
| LMG | 09/28/00 | 123.56 | VERIZON WIRELESS | |
| LMG | 10/06/00 | 363.59 | VERIZON WIRELESS | |
| LMG | 10/18/00 | 234.64 | VERIZON | |
| LMG | 11/06/00 | 60.18 | VERIZON WIRELESS | |
| LMG | 11/06/00 | 195.88 | VERIZON WIRELESS | |
| LMG | 12/01/00 | 223.02 | VERIZON | |
| LMG | 12/12/00 | 383.13 | VERIZON | |
| LMG | 12/12/00 | 119.65 | VERIZON WIRELESS | |
| LMG | 01/10/01 | 110.46 | VERIZON WIRELESS | |
| LMG | 01/30/01 | 161.79 | VERIZON WIRELESS | |
| LMG | 02/09/01 | 118.88 | VERIZON WIRELESS | |
| LMG | 02/27/01 | 176.45 | VERIZON WIRELESS | |
| LMG | 03/12/01 | 263.91 | VERIZON WIRELESS | |
| LMG | 04/02/01 | 169.72 | VERIZON WIRELESS | |

6 of 10

Exhibit B

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| LMG | 04/05/01 | 142.16 | VERIZON WIRELESS | |
| LMG | 05/01/01 | 171.24 | VERIZON WIRELESS | |
| LMG | 05/05/01 | 198.75 | VERIZON WIRELESS | |
| LMG | 05/31/01 | 168.05 | VERIZON WIRELESS | |
| LMG | 06/11/01 | 164.31 | VERIZON WIRELESS | |
| LMG | 07/03/01 | 100.19 | VERIZON WIRELESS | |
| LMG | 07/03/01 | 169.41 | VERIZON WIRELESS | |
| LMG | 07/30/01 | 170.63 | VERIZON WIRELESS | |
| LMG II | 08/07/01 | 129.10 | VERIZON WIRELESS | |
| LMG II | 09/10/01 | 175.87 | VERIZON WIRELESS | |
| LMG II | 10/01/01 | 353.54 | VERIZON WIRELESS | |
| LMG II | 10/08/01 | 258.85 | VERIZON WIRELESS | |
| LMG II | 11/01/01 | 140.82 | VERIZON WIRELESS | |
| LMG | 11/30/01 | 323.87 | VERIZON WIRELESS | |
| LMG | 11/30/01 | 148.36 | VERIZON WIRELESS | |
| LMG II | 12/31/01 | 254.58 | VERIZON WIRELESS | |
| LMG II | 12/31/01 | 162.54 | VERIZON WIRELESS | |
| LMG | 01/28/02 | 161.36 | VERIZON WIRELESS | |
| LMG | 01/28/02 | 179.39 | VERIZON WIRELESS | |
| LMG | 02/28/02 | 168.90 | VERIZON WIRELESS | |
| LMG | 03/04/02 | 188.47 | VERIZON WIRELESS | |
| LMG | 04/02/02 | 188.30 | VERIZON WIRELESS | |
| LMG | 04/02/02 | 161.36 | VERIZON WIRELESS | |
| LMG | 05/01/02 | 188.30 | VERIZON WIRELESS | |
| LMG | 05/01/02 | 162.60 | VERIZON WIRELESS | |
| LMG | 05/30/02 | 220.72 | VERIZON WIRELESS | |
| LMG | 06/02/02 | 161.73 | VERIZON WIRELESS | |
| LMG | 06/28/02 | 188.30 | VERIZON WIRELESS | |
| LMG | 06/28/02 | 167.13 | VERIZON WIRELESS | |
| LMG | 08/02/02 | 196.80 | VERIZON WIRELESS | |
| LMG | 09/10/02 | 190.75 | VERIZON WIRELESS | |
| LMG | 10/18/02 | 491.94 | VERIZON WIRELESS | |
| LMG | 02/05/03 | 75.98 | VERIZON WIRELESS | |
| LMG | 03/03/03 | 209.34 | VERIZON WIRELESS | |
| LMG II | 04/03/03 | 214.53 | VERIZON | |
| LMG | 05/02/03 | 190.81 | VERIZON | |
| LMG | 06/09/03 | 207.05 | VERIZON WIRELESS | |
| GH Associates | 07/17/2000 | 73.97 | Verizon | Telephone |
| GH Associates | 08/14/2000 | 38.38 | Verizon | Telephone |
| GH Associates | 09/11/2000 | 36.79 | Verizon | Telephone |
| GH Associates | 10/04/2000 | 36.79 | Verizon | Telephone |

Exhibit B

| [1] | [2] | [3] | [4] | [5] |
|-----|-----|-----|-----|-----|
| GH Associates | 11/13/2000 | 36.79 | Verizon | Telephone |
| GH Associates | 12/11/2000 | 36.79 | Verizon | Telephone |
| GH Associates | 12/11/2000 | 162.95 | Verizon | Telephone |
| GH Associates | 01/07/2001 | 69.86 | Verizon | Telephone |
| GH Associates | 01/07/2001 | 278.59 | Verizon | Telephone |
| GH Associates | 01/16/2001 | 36.79 | Verizon | Telephone |
| GH Associates | 02/09/2001 | 36.79 | Verizon | Telephone |
| GH Associates | 03/13/2001 | 36.56 | Verizon | Telephone |
| GH Associates | 03/19/2001 | 847.34 | Verizon | Telephone |
| GH Associates | 04/09/2001 | 36.56 | Verizon | Telephone |
| GH Associates | 05/14/2001 | 36.56 | Verizon | Telephone |
| GH Associates | 06/05/2001 | 73.91 | Verizon | Telephone |
| GH Associates | 06/11/2001 | 201.99 | Verizon | Telephone |
| GH Associates | 06/20/2001 | 105.98 | Verizon | Telephone |
| GH Associates | 07/09/2001 | 47.01 | Verizon | Telephone |
| GH Associates | 07/10/2001 | 204.82 | Verizon | Telephone |
| GH Associates | 07/27/2001 | 43.64 | Verizon | Telephone |
| GH Associates | 08/20/2001 | 257.16 | Verizon | Telephone |
| GH Associates | 09/04/2001 | 47.15 | Verizon | Telephone |
| GH Associates | 09/04/2001 | 232.67 | Verizon | Telephone |
| GH Associates | 09/14/2001 | 344.77 | Verizon | Telephone |
| GH Associates | 10/02/2001 | 522.51 | Verizon | Telephone |
| GH Associates | 10/02/2001 | 68.00 | Verizon | Telephone |
| GH Associates | 10/12/2001 | 203.56 | Verizon | Telephone |
| GH Associates | 11/01/2001 | 157.42 | Verizon | Telephone |
| GH Associates | 11/01/2001 | 283.49 | Verizon | Telephone |
| GH Associates | 11/15/2001 | 600.06 | Verizon | Telephone |
| GH Associates | 11/26/2001 | 48.43 | Verizon | Telephone |
| GH Associates | 11/29/2001 | 276.21 | Verizon | Telephone |
| GH Associates | 12/04/2001 | 45.44 | Verizon | Telephone |
| GH Associates | 12/04/2001 | 69.68 | Verizon | Telephone |
| GH Associates | 01/06/2002 | 66.92 | Verizon | Telephone |
| GH Associates | 01/14/2002 | 48.43 | Verizon | Telephone |
| GH Associates | 01/14/2002 | 73.19 | Verizon | Telephone |
| GH Associates | 01/31/2002 | 46.09 | Verizon | Telephone |
| GH Associates | 02/01/2002 | 451.09 | Verizon | Telephone |
| GH Associates | 02/01/2002 | 1,508.56 | Verizon | Telephone |
| GH Associates | 02/13/2002 | 72.02 | Verizon | Telephone |
| GH Associates | 03/08/2002 | 43.76 | Verizon | Telephone |
| GH Associates | 03/08/2002 | 1,896.18 | Verizon | Telephone |
| GH Associates | 03/08/2002 | 655.37 | Verizon | Telephone |

8 of 10

Exhibit B

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| GH Associates | 03/10/2002 | 185.58 | Verizon | Telephone |
| GH Associates | 03/12/2002 | 71.75 | Verizon | Telephone |
| GH Associates | 03/28/2002 | 211.47 | Verizon | Telephone |
| GH Associates | 04/02/2002 | 66.18 | Verizon | Telephone |
| GH Associates | 04/06/2002 | 49.71 | Verizon | Telephone |
| GH Associates | 04/23/2002 | 279.52 | Verizon | Telephone |
| GH Associates | 04/26/2002 | 240.73 | Verizon | Telephone |
| GH Associates | 05/06/2002 | 47.13 | Verizon | Telephone |
| GH Associates | 05/07/2002 | 66.18 | Verizon | Telephone |
| GH Associates | 06/02/2002 | 388.94 | Verizon | Telephone |
| GH Associates | 06/03/2002 | 522.39 | Verizon | Telephone |
| GH Associates | 06/10/2002 | 67.35 | Verizon | Telephone |
| GH Associates | 06/10/2002 | 48.30 | Verizon | Telephone |
| GH Associates | 07/01/2002 | 450.04 | Verizon | Telephone |
| GH Associates | 07/01/2002 | 411.90 | Verizon | Telephone |
| GH Associates | 07/11/2002 | 66.18 | Verizon | Telephone |
| GH Associates | 07/11/2002 | 54.14 | Verizon | Telephone |
| GH Associates | 08/01/2002 | 129.62 | Verizon | Telephone |
| GH Associates | 08/01/2002 | 48.30 | Verizon | Telephone |
| GH Associates | 08/03/2002 | 82.67 | Verizon | Telephone |
| GH Associates | 08/07/2002 | 156.01 | Verizon | Telephone |
| GH Associates | 09/05/2002 | 47.00 | Verizon | Telephone |
| GH Associates | 09/05/2002 | 231.99 | Verizon | Telephone |
| GH Associates | 09/06/2002 | 195.28 | Verizon | Telephone |
| GH Associates | 09/27/2002 | 413.29 | Verizon | Telephone |
| GH Associates | 10/01/2002 | 177.78 | Verizon | Telephone |
| GH Associates | 10/15/2002 | 148.96 | Verizon | Telephone |
| GH Associates | 10/15/2002 | 48.16 | Verizon | Telephone |
| GH Associates | 10/28/2002 | 490.16 | Verizon | Telephone |
| GH Associates | 10/29/2002 | 280.76 | Verizon | Telephone |
| GH Associates | 11/07/2002 | 66.92 | Verizon | Telephone |
| GH Associates | 11/12/2002 | 48.80 | Verizon | Telephone |
| GH Associates | 11/13/2002 | 525.54 | Verizon | Telephone |
| GH Associates | 12/09/2002 | 126.38 | Verizon | Telephone |
| GH Associates | 12/09/2002 | 221.91 | Verizon | Telephone |
| GH Associates | 12/09/2002 | 47.34 | Verizon | Telephone |
| GH Associates | 12/09/2002 | 66.92 | Verizon | Telephone |
| GH Associates | 01/09/2003 | 129.34 | Verizon | Telephone |
| GH Associates | 01/09/2003 | 55.30 | Verizon | Telephone |
| GH Associates | 01/10/2003 | 117.23 | Verizon | Telephone |
| GH Associates | 02/03/2003 | 50.78 | Verizon | Telephone |

9 of 10

Exhibit B

| [1] | [2] | [3] | [4] | [5] |
|-----|-----|-----|-----|-----|
| GH Associates | 02/07/2003 | 66.92 | Verizon | Telephone |
| GH Associates | 02/07/2003 | 124.92 | Verizon | Telephone |
| GH Associates | 02/07/2003 | 115.48 | Verizon | Telephone |
| GH Associates | 03/03/2003 | 113.14 | Verizon | Telephone |
| GH Associates | 03/07/2003 | 50.78 | Verizon | Telephone |
| GH Associates | 03/10/2003 | 127.88 | Verizon | Telephone |
| GH Associates | 03/11/2003 | 68.38 | Verizon | Telephone |
| GH Associates | 03/31/2003 | 154.53 | Verizon | Telephone |
| GH Associates | 04/07/2003 | 66.92 | Verizon | Telephone |
| GH Associates | 04/07/2003 | 53.74 | Verizon | Telephone |
| GH Associates | 04/25/2003 | 126.03 | Verizon | Telephone |
| | | **29,088.22** | **VERIZON / VERIZON WIRELESS** | |
| | | **$ 2,177,618.31** | | |



Currently no conflict transferees have signed tolling agreements

[1]  [2]  [3]  [4]  [5]

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

MARTY STEINBERG, ESQ. as Receiver for Lancer Management Group, LLC, et al.

**DEFENDANTS**

AETNA; AMERICAN EXPRESS, et al.

MAGISTRATE JUDGE
SNOW

CIV-ZLOCH

04-60896

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

NIGHT BOX
FILED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Colson Hicks Eidson, P.A.
255 Aragon Avenue, 2nd Floor
Miami, Florida  33134
(305) 476-7420

ATTORNEYS (IF KNOWN)
Joseph Matthews

JUL - 9 2004

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE,  MONROE,  ~~BROWARD~~,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:04CV 60896-Zloch-snow

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | PERSONAL INJURY | PERSONAL INJURY | B FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☒ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | B☐ 640 R.R. & Truck | A PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | PERSONAL PROPERTY | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This is an action under 28 U.S.C. §§ 754, 1367 AND 1692 to recover fraudulent transfers and for unjust enrichment in a proceeding ancillary to a federal receivership.

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint.
JURY DEMAND:  ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE  WILLIAM J. ZLOCH
DOCKET NUMBER  03-80612-CIV-ZLOCH

DATE
7/9/04

SIGNATURE OF ATTORNEY OF RECORD
J Matthews

**FOR OFFICE USE ONLY**

531500    150.00

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____